_____

No. 96-1143

_____

Vincent Antone Johnson,

                          *
                          *

    v.

                          *  District Court for the
                          *  Northern District of Iowa.
                          *
                          *      [UNPUBLISHED]

       Appellees.


_____


Filed:  September 10, 1996

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.

PER CURIAM.

[1]

      dismissing his 42 U.S.C. §
tria    Having carefully reviewed the entire record and the parties
submissions, we concl
not clearly erroneous, and based on these facts, we conclude defendants di
not violate the Eighth Amendment. Accordingly, w         See
47B.

_____

    [1]The Honorab
     for                                                     s

to 28 U.S.C. § 636(c) (1994).

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.